# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **EDGEFIELD HOLDINGS, LLC,** ) <br> ) <br>     **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **ANNETTE MASON, individually and** ) <br> **as trustee, JAMIE MASON HAMIL, K.** ) <br> **W. Mason Company, Inc., LONE PINE,** ) <br> **INC., MASON CAPITAL, LLC, and** ) <br> **THE MASON FAMILY TRUST,** ) <br> ) <br>     **Defendants.** ) <br> ) | **Civil Action File** <br> **No. 1:15-CV-02481-WSD** |

## CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify pursuant to Local Rule 5.4, that I have this day served counsel of record for the other parties in the foregoing matter copies of the following documents:

- *PLAINTIFF EDGEFIELD HOLDING, LLC'S FIRST INTERROGATORIES TO DEFENDANT LONE PINE, INC.;*

- *PLAINTIFF EDGEFIELD HOLDING, LLC'S FIRST INTERROGATORIES TO DEFENDANT MASON CAPITAL, LLC;*

- *PLAINTIFF EDGEFIELD HOLDING, LLC'S FIRST INTERROGATORIES TO DEFENDANT JAMIE HAMIL;*

- *PLAINTIFF EDGEFIELD HOLDING, LLC'S FIRST INTERROGATORIES TO DEFENDANT ANNETTE MASON;*

- *PLAINTIFF EDGEFIELD HOLDING, LLC'S FIRST INTERROGATORIES TO DEFENDANT K.W. MASON COMPANY, INC.;*

- *PLAINTIFF EDGEFIELD HOLDING, LLC'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT LONE PINE, INC.;*

- *PLAINTIFF EDGEFIELD HOLDING, LLC'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT K.W. MASON COMPANY, INC.;*

- *PLAINTIFF EDGEFIELD HOLDING, LLC'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT MASON CAPITAL, LLC;*

- *PLAINTIFF EDGEFIELD HOLDING, LLC'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT JAMIE MASON HAMIL;* and

- *PLAINTIFF EDGEFIELD HOLDING, LLC'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT ANNETTE MASON*

via electronic mail and by First Class U.S. Mail and addressed to the following:

Roy Barnes, Esq.
James Cameron Tribble, Esq.
Barnes Law Group, LLC
31 Atlanta Street
Marietta, GA 30060
Roy@barneslawgroup.com
ctribble@barneslawgroup.com

Gerald Davidson, Jr., Esq.
Kenneth W. Stroud, Esq.
Mahaffey Pickens Tucker, LLP
1550 North Brown Road, Suite 125
Lawrenceville, GA 30043
gdavidson@mptlawfirm.com
kstroud@mptlawfirm.com

Respectfully submitted, this 11th day of August, 2015.

    /s/ *Shuman Sohrn*
Shuman Sohrn
Georgia Bar No. 143104
SEYFARTH SHAW LLP
1075 Peachtree Street, Suite 2500
Atlanta, Georgia 30309
Tel: (404) 885-1500
Fax: (404) 892-7056
E-mail: ssohrn@seyfarth.com

*Attorneys for Edgefield Holdings, LLC*

20612876v.1

# CERTIFICATE OF SERVICE

This is to certify that I have this day, electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which automatically will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Gerald Davidson, Jr. , Esq.<br>gdavidson@mptlawfirm.com<br>Kenneth W. Stroud, Esq.<br>kstroud@mptlawfirm.com<br>Mahaffey Pickens Tucker, LLP<br>Suite 125<br>1550 North Brown Road<br>Lawrenceville, GA 30043<br><br>*Counsel for Annette Mason; Jamie Mason Hamil; K.W. Mason Company, Inc.; Lone Pine, Inc.; Mason Capital, LLC; and The Mason Family Trust* | Roy E. Barnes, Esq.<br>roy@barneslawgroup.com<br>J. Cameron Tribble, Esq.<br>ctribble@barneslawgroup.com<br>The Barnes Law Group, LLC<br>31 Atlanta Street<br>Marietta, GA 30060<br><br>*Counsel for Annette Mason; Jamie Mason Hamil; Keith W. Mason; Lone Pine, Inc.; Mason Capital, LLC; and The Mason Family Trust* |

This 11th day of August, 2015.

    Respectfully submitted,

    */s/ Shuman Sohrn*
    Shuman Sohrn
    Georgia Bar No. 143104

Seyfarth Shaw LLP
1075 Peachtree Street, NE
Suite 2500
Atlanta, GA  30309
(404) 885-1500
ssohrn@seyfarth.com    ***Counsel for Edgefield Holdings, LLC***