# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **EDGEFIELD HOLDINGS, LLC,** | ) |
| | ) **Civil Action** |
| Plaintiff, | ) |
| | ) **Case No. 15-cv-2481-WSD** |
| vs. | ) |
| | ) |
| **ANNETTE MASON, individually and as trustee, JAMIE MASON HAMIL, K.W. MASON COMPANY, INC. LONE PINE, INC., MASON CAPITAL, LLC, and THE MASON FAMILY TRUST** | ) ) ) ) ) ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

## CERTIFICATE OF SERVICE OF NOTICE

**PLEASE TAKE NOTE** that, regarding subpoenas to non-party financial institutions for the production of documents, I have complied with all requirements of O.C.G.A. § 7-1-360, and have provided proper notice to the following customers of the financial institutions to whom subpoenas in this matter have been directed:

1. Keith Mason;

2. Wayne Mason;

3. 2470 Cheshire Bridge Partners, LLC;

4. 400 Pilgrim, LLC;

5. 400 Pilgrim II, LLC;

6. Austin Garner, LLC;

7. Baxley Ridge, LLC;

8. Baxley Ridge Builders, LLC;

9. Baxley Ridge Investments, LLC;

10. Ansley North Betline, LLC;

11. Ansley South Beltline, LLC;

12. Piedmont Beltline, LLC;

13. North Avenue Beltline, LLC;

14. Corridor Beltline, LLC;

15. Corridor Edgewood Beltline, LLC; (doc says "Corridor Edgewood, LLC")

16. Black Banks River Residences, LLC;

17. Brisbane II, LLC;

18. Campbell Road, LLC;

19. Chestatee Partners, LLC

20. Commerce Land Holdings, LLC;

21. Commerce Land Holdings II, LLC;

22. Lakes Office, LLC;

23. Lenox-Canterbury, LLC; (doc says Lenox-Canterbury II, LLC)

24. Madison Ventures, Ltd.;

25. Metro Land Investors, LLC;

26. Madison Ventures, Ltd.;

27. MKB Properties, LLC

28. MMH Ventures, LLC;

29. MV Capital, LLC;

30. Parkway Associates, LLC;

31. Peachtree Hills Holdings, LLC;

32. Rockhouse Ventures, LLC;

33. Solid Gold, LLC;

34. SPG Adairsville, LLC;

35. SPG Braselton One, LLC;

36. SPG Northport Two, LLC;

37. SPG Oak Grove Land, LLC;

38. SPG Pinnacle, LLC;

39. SPG Westport, LLC; and SPG Westport Two, LLC;

40. St. Andrews Partners, LLC.

41. Stonecrest Atlanta, LLC;

42. Sugarloaf/Five Forks, Partners, LLC;

[SIGNATURES APPEAR ON FOLLOWING PAGE]

Dated: August 13, 2015

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Shuman Sohrn
    Jason J. DeJonker
    (*pro hac vice* pending)
    M. Ryan Pinkston
    (*pro hac vice* pending)
131 S. Dearborn Street, Suite 2400
Chicago, Illinois 60603-5511
Tel: (312) 460-5000
Fax: (312) 460-7000
E-mail: jdejonker@seyfarth.com
        rpinkston@seyfarth.com

Shuman Sohrn
Georgia Bar No. 143104
SEYFARTH SHAW LLP
1075 Peachtree Street, Suite 2500
Atlanta, Georgia 30309
Tel: (404) 885-1500
Fax: (404) 892-7056
E-mail: ssohrn@seyfarth.com

and

Byung J. "Bjay" Pak
Georgia Bar No. 559457
CHALMERS PAK & BURCH LLC
5805 State Bridge Road, #G77
Johns Creek, Georgia 30097
Tel: 678-637-2654
Fax: 866-598-6089
bpak@cpblawgroup.com

***Attorneys for Edgefield Holdings, LLC***

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **EDGEFIELD HOLDINGS, LLC,** ) | |
| ) | **Civil Action** |
| Plaintiff, ) | |
| ) | **Case No. 15-cv-2481-WSD** |
| vs. ) | |
| ) | |
| **ANNETTE MASON, individually and as** ) | |
| **trustee, JAMIE MASON HAMIL,** ) | |
| **K.W. MASON COMPANY, INC.** ) | |
| **LONE PINE, INC., MASON CAPITAL,** ) | |
| **LLC, and THE MASON FAMILY** ) | |
| **TRUST** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing *Certificate of Service of Notice* upon all parties to this matter by causing a true and correct copy of same to be filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Roy Barnes
Barnes Law Group, LLC
31 Atlanta Street
Marietta, GA 30060
Roy@barneslawgroup.com

Gerald Davidson, Jr.
Mahaffey Pickens Tucker, LLP
1550 North Brown Road
Suite 125
Lawrenceville, GA 30043
gdavidson@mptlawfirm.com

James Cameron Tribble
Barnes Law Group, LLC
31 Atlanta Street
Marietta, GA 30060
ctribble@barneslawgroup.com

Kenneth W. Stroud
Mahaffey Pickens Tucker, LLP
1550 North Brown Road
Suite 125
Lawrenceville, GA 30043
kstroud@mptlawfirm.com

Respectfully submitted, August 13, 2015.

SEYFARTH SHAW LLP

/s/ Shuman Sohrn
Shuman Sohrn
Georgia Bar No. 143104
ssohrn@seyfarth.com
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

*Attorneys for Edgefield Holdings, LLC*

20621630v.1