IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **EDGEFIELD HOLDINGS, LLC,** ) | |
| ) | **CIVIL ACTION** |
| **PLAINTIFF,** ) | |
| ) | **NO. 1:15-CV-02481-WSD** |
| vs. ) | |
| ) | |
| **ANNETTE MASON,** *et al.*, ) | |
| ) | |
| **DEFENDANTS.** ) | |
| _____ ) | |

**PLAINTIFF EDGEFIELD HOLDING, LLC'S MOTION TO COMPEL
NON-PARTY KEITH MASON TO PRODUCE DOCUMENTS PURSUANT
TO SUBPOENA TO PRODUCE DOCUMENTS**

Plaintiff Edgefield Holdings, LLC ("Plaintiff"), pursuant to Federal Rules of Civil Procedure ("Rules") 26 and 45 and N.D. Ga. L.R. 37.1, files its Motion to Compel (the "Motion") Non-Party Keith Mason ("Keith") to comply with subpoena document requests (the "Subpoena"). In support of its Motion, Plaintiff states as follows.

### I.   PROCEDURAL AND FACTUAL BACKGROUND

Plaintiff filed this action on July 13, 2015. On July 15, 2015, the parties appeared before the Court on Plaintiff's emergency motion for injunctive relief and for expedited discovery. At that hearing, the Court granted immediate expedited discovery, thereby permitting all parties to seek information and documents from

20772044v.1

each other and from third parties. In granting such relief, the Court made clear that it would permit liberal discovery.

On July 27, 2015, the Court entered the Preliminary Discovery Order (the "Discovery Order" [Doc. No. 27]). The Discovery Order provides, *inter alia*, that "[t]he parties may immediately engage in expedited discovery[, and that regarding] the scope of discovery, the Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense pursuant to Fed. R. Civ. P. 26." (Discovery Order ¶ 1(b).) Further, with respect to third party discovery, the Discovery Order provided that "[a]ny third party served with this Order and a party's discovery requests is directed to respond to such requests within fourteen (14) days of receipt, subject to the third party's and/or a party's rights provided for in Fed. R. Civ. P. 45." (Id. ¶ 1(d).)

On July 28, 2015, Plaintiff issued its Subpoena to Keith Mason, which was served on July 29, 2015. Notice of the Subpoena was provided to counsel for Defendants on July 28, 2015. Per the Discovery Order and the Subpoena, responsive documents were due from Keith Mason on or before August 12, 2015.

Pursuant to the Discovery Order and for the reasons provided in *Plaintiff Edgefield Holdings, LLC's Response in Opposition to Keith Mason's Motion to*

20772044v.1

*Modify Subpoenas,* Plaintiff respectfully requests the Court enter an Order compelling Keith Mason to respond to the Subpoena as issued.

Dated: August 28, 2015                                     Respectfully submitted,

                                                    SEYFARTH SHAW LLP

                                                   By: /s/ Shuman Sohrn
                                                        Shuman Sohrn
                                                        Georgia Bar No. 143104
                                                        1075 Peachtree Street, Suite 2500
                                                        Atlanta, Georgia 30309
                                                        Tel: (404) 885-1500
                                                        Fax: (404) 892-7056
                                                        E-mail:  ssohrn@seyfarth.com

                                                        Jason J. DeJonker (*pro hac vice*)
                                                        131 S. Dearborn Street, Suite 2400
                                                        Chicago, Illinois 60603-5511
                                                        Tel: (312) 460-5000
                                                        Fax: (312) 460-7000
                                                        E-mail: jdejonker@seyfarth.com
                                                                  rpinkston@seyfarth.com

                                                CHALMERS PAK & BURCH LLC

                                                        Byung J. "Bjay" Pak
                                                        Georgia Bar No. 559457
                                                        5805 State Bridge Road, #G77
                                                        Johns Creek, Georgia 30097
                                                        Tel: 678-637-2654
                                                        Fax: 866-598-6089
                                                        E-mail: bpak@cpblawgroup.com

                           *Attorneys for Edgefield Holdings, LLC*

20772044v.1

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **EDGEFIELD HOLDINGS, LLC,** ) | |
| ) | **CIVIL ACTION** |
| **PLAINTIFF,** ) | |
| ) | **NO. 1:15-CV-02481-WSD** |
| **vs.** ) | |
| ) | |
| **ANNETTE MASON, individually and as** ) | |
| trustee, **JAMIE MASON HAMIL,** ) | |
| **K. W. MASON COMPANY, INC.,** ) | |
| **LONE PINE, INC., MASON CAPITAL,** ) | |
| **LLC, and THE MASON FAMILY** ) | |
| **TRUST,** ) | |
| ) | |
| **DEFENDANTS.** ) | |
| _____ ) | |

## **RULE 7.1(D) CERTIFICATE**

This is to certify that the within and foregoing document was prepared in 14 point Times New Roman font and complies with the margin and type requirements of this Court pursuant to Local Rule 5.1.

SEYFARTH SHAW LLP

By: /s/ Shuman Sohrn
Shuman Sohrn
Georgia Bar No. 143104

20772044v.1

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EDGEFIELD HOLDINGS, LLC, ) | |
| ) | CIVIL ACTION |
| PLAINTIFF, ) | |
| ) | NO. 1:15-CV-02481-WSD |
| vs. ) | |
| ) | |
| ANNETTE MASON, individually and as ) | |
| trustee, JAMIE MASON HAMIL, ) | |
| K. W. MASON COMPANY, INC., ) | |
| LONE PINE, INC., MASON CAPITAL, ) | |
| LLC, and THE MASON FAMILY ) | |
| TRUST, ) | |
| ) | |
| DEFENDANTS. ) | |
| _____ ) | |

## RULE 37.1 CERTIFICATE

This is to certify that pursuant to Fed.R.Civ.P. 37(a)(1), counsel for Plaintiff has in good faith conferred with counsel for Keith Mason in an effort to resolve the objections to discovery.

                                              SEYFARTH SHAW LLP

                                              By: /s/ Shuman Sohrn
                                              Shuman Sohrn
                                              Georgia Bar No. 143104

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **EDGEFIELD HOLDINGS, LLC,** ) | |
| ) | **CIVIL ACTION** |
| **PLAINTIFF,** ) | |
| ) | **NO. 1:15-CV-02481-WSD** |
| vs. ) | |
| ) | |
| **ANNETTE MASON, individually and as** ) | |
| **trustee, JAMIE MASON HAMIL,** ) | |
| **K. W. MASON COMPANY, INC.,** ) | |
| **LONE PINE, INC., MASON CAPITAL,** ) | |
| **LLC, and THE MASON FAMILY** ) | |
| **TRUST,** ) | |
| ) | |
| **DEFENDANTS.** ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day, August 28, 2015, served a copy of the foregoing document upon all parties to this matter by causing a true and correct copy of same to be filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record and by placing same in the U.S. Mail with proper postage affixed addressed as follows:

20772044v.1

| | |
|---|---|
| Roy Barnes<br>Barnes Law Group, LLC<br>31 Atlanta Street<br>Marietta, GA 30060<br>Roy@barneslawgroup.com | Gerald Davidson, Jr.<br>Mahaffey Pickens Tucker, LLP<br>1550 North Brown Road<br>Suite 125<br>Lawrenceville, GA 30043<br>gdavidson@mptlawfirm.com |
| James Cameron Tribble<br>Barnes Law Group, LLC<br>31 Atlanta Street<br>Marietta, GA 30060<br>ctribble@barneslawgroup.com | Kenneth W. Stroud<br>Mahaffey Pickens Tucker, LLP<br>1550 North Brown Road<br>Suite 125<br>Lawrenceville, GA 30043<br>kstroud@mptlawfirm.com |
| Kevin Quirk<br>Quirk & Quirk, LLC<br>300 Century Springs West<br>6000 Lake Forrest Drive, NW<br>Atlanta, GA 30328<br>kq@quirklaw.com | |

/s/ Shuman Sohrn
Shuman Sohrn
Georgia Bar No. 143104
SEYFARTH SHAW LLP
1075 Peachtree Street, Suite 2500
Atlanta, Georgia 30309
Tel: (404) 885-1500
Fax: (404) 892-7056
E-mail: ssohrn@seyfarth.com

*Attorneys for Edgefield Holdings, LLC*

20772044v.1