IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EDGEFIELD HOLDINGS, LLC, ) | |
| ) | CIVIL ACTION |
| PLAINTIFF, ) | |
| ) | NO. 1:15-CV-02481-WSD |
| vs. ) | |
| ) | |
| ANNETTE MASON, individually ) | |
| and as trustee, JAMIE MASON ) | |
| HAMIL, K.W. MASON COMPANY, ) | |
| INC., LONE PINE, INC., MASON ) | |
| CAPITAL, LLC, and THE MASON ) | |
| FAMILY TRUST, ) | |
| ) | |
| DEFENDANTS. ) | |

## RULE 5.4A CERTIFICATE OF SERVICE OF DISCOVERY

COME NOW Defendants, by and through its undersigned counsel, and pursuant to Local Rule 5.4A, Northern District of Georgia, certifies that it served upon counsel on this date a true and correct copy of:

1. Non-Party Four K Enterprises, Inc.'s Objections and Responses to Plaintiff's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (the "Subpoena").

by placing same in the United States Mail with adequate postage affixed thereto, addressed as follows:

Shuman Sohrn
ssohrn@seyfarth.com
1075 Peachtree Street, NE, Suite 2500
Atlanta, GA 30309

This 16th day of September, 2015.

                            **ANDERSEN, TATE & CARR, P.C.**

                            /s/ Robert D. Thomas
                            Thomas T. Tate
                            ttate@atclawfirm.com
                            State Bar No. 698879
                            Robert D. Thomas
                            rthomas@atclawfirm.com
                            State Bar No. 278646

One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, GA 30097
(770) 822-0900 Phone
(770) 822-9680 Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EDGEFIELD HOLDINGS, LLC, ) | |
| ) | CIVIL ACTION |
| PLAINTIFF, ) | |
| ) | NO. 1:15-CV-02481-WSD |
| vs. ) | |
| ) | |
| ANNETTE MASON, individually ) | |
| and as trustee, JAMIE MASON ) | |
| HAMIL, K.W. MASON COMPANY, ) | |
| INC., LONE PINE, INC., MASON ) | |
| CAPITAL, LLC, and THE MASON ) | |
| FAMILY TRUST, ) | |
| ) | |
| DEFENDANTS. ) | |

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY THAT on this day a copy of this Rule 5.4A Certificate of Service of Discovery was filed with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Shuman Sohrn
ssohrn@seyfarth.com
1075 Peachtree Street, NE, Suite 2500
Atlanta, GA 30309

This 16th day of September, 2015.

**ANDERSEN, TATE & CARR, P.C.**

/s/ Robert D. Thomas
Thomas T. Tate
ttate@atclawfirm.com
Robert D. Thomas
rthomas@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, GA 30097
(770) 822-0900  Phone
(770) 822-9680 Fax

2437346_1