IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **EDGEFIELD HOLDINGS, LLC,**<br><br>                              **Plaintiff,**<br><br>    v.<br><br>**ANNETTE MASON, et al.,**<br><br>                              **Defendants.** | 1:15-cv-2481-WSD |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court and the Preliminary Scheduling Order Regarding Discovery [27], except as follows:

1.     Defendants contend there is an issue whether this Court has diversity jurisdiction over this action.  <u>See</u> Joint Preliminary Report and Discovery Plan, paragraph 4 and Exhibit A [59].  Defendants shall file, on or before

October 1, 2015, their Motion to Dismiss for lack of subject matter jurisdiction. The Court's Local Rule 7.1 shall govern the schedule for the filing of response and reply memoranda.

    2.    Plaintiff shall have up to and including October 30, 2015, to amend its Complaint to assert any additional claims or add parties to this action.

    3.    The Court will later consider whether to allow discovery beyond that conducted during the discovery period set out in the Preliminary Scheduling Order Regarding Discovery dated July 27, 2015 [27].

**SO ORDERED**, this 18th day of September, 2015.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE