THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **EDGEFIELD HOLDINGS, LLC,** ) | |
| ) | **CIVIL ACTION** |
| PLAINTIFF, ) | |
| ) | **NO. 1:15-CV-02481-WSD** |
| vs. ) | |
| ) | |
| **ANNETTE MASON, individually and as** ) | |
| **trustee, JAMIE MASON HAMIL,** ) | |
| **K. W. MASON COMPANY, INC.,** ) | |
| **LONE PINE, INC., MASON CAPITAL,** ) | |
| **LLC, and THE MASON FAMILY** ) | |
| **TRUST,** ) | |
| ) | |
| DEFENDANTS. ) | |
| _____ ) | |

**CERTIFICATE OF INTERESTED PARTIES AND CORPORATE
DISCLOSURE STATEMENT FOR EDGEFIELD HOLDINGS, LLC**

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, plaintiff, Edgefield Holdings, LLC ("Edgefield"), through undersigned counsel, files its Certificate of Interested Parties and Corporate Disclosure Statement and states as follows:

1. The undersigned counsel of record for plaintiff, Edgefield, certifies that the following is a full and complete list of all plaintiffs in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party plaintiff:

20969819v.1

(a) Edgefield Holdings, LLC, a Delaware limited liability company;

(b) Rialto Capital Advisors, LLC, a Delaware limited liability company;

(c) Rialto Capital Management, LLC, a Delaware limited liability company;

(d) Rialto Holdings, LLC, a Delaware limited liability company; and

(e). Lennar Corporation, a Delaware corporation and publicly traded company on the NYSE.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

(a). None.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Edgefield in this proceeding:

(a) Jason J. DeJonker, Seyfarth Shaw LLP;[1]

(b) Shuman Sohrn, Seyfarth Shaw LLP;

(c) M. Ryan Pinkston, Seyfarth Shaw LLP;

(d) Eric F. Barton, Seyfarth Shaw LLP;

(e) James B. Sowka, Seyfarth Shaw LLP;

(f) Christopher J. Harney, Seyfarth Shaw LLP; and

(g) Byung J. Pak, Chalmers Pak & Burch LLC.[2]

Dated: September 23, 2015

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Shuman Sohrn
    Shuman Sohrn
    Georgia Bar No. 143104
    1075 Peachtree Street, Suite 2500
    Atlanta, Georgia 30309
    Tel: (404) 885-1500
    Fax: (404) 892-7056
    E-mail: ssohrn@seyfarth.com

---

[1] Other attorneys with Seyfarth Shaw LLP may, from time to time, serve as an attorney for Edgefield in this case.

[2] Other attorneys with Chalmers Pak & Burch LLC may, from time to time, serve as an attorney for Edgefield in this case.

3

20969819v.1

Jason J. DeJonker (*pro hac vice*)
131 S. Dearborn Street, Suite 2400
Chicago, Illinois 60603-5511
Tel: (312) 460-5000
Fax: (312) 460-7000
E-mail: jdejonker@seyfarth.com

CHALMERS PAK & BURCH LLC

Byung J. "Bjay" Pak
Georgia Bar No. 559457
5805 State Bridge Road, #G77
Johns Creek, Georgia 30097
Tel: 678-637-2654
Fax: 866-598-6089
E-mail: bpak@cpblawgroup.com

***Attorneys for Edgefield Holdings, LLC***

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **EDGEFIELD HOLDINGS, LLC,** ) | |
| ) | **CIVIL ACTION** |
| **PLAINTIFF,** ) | |
| ) | **NO. 1:15-CV-02481-WSD** |
| vs. ) | |
| ) | |
| **ANNETTE MASON, individually and as** ) | |
| trustee, **JAMIE MASON HAMIL,** ) | |
| **K. W. MASON COMPANY, INC.,** ) | |
| **LONE PINE, INC., MASON CAPITAL,** ) | |
| **LLC,** and **THE MASON FAMILY** ) | |
| **TRUST,** ) | |
| ) | |
| **DEFENDANTS.** ) | |
| _____ ) | |

## **RULE 7.1(D) CERTIFICATE**

This is to certify that the within and foregoing document was prepared in 14 point Times New Roman font and complies with the margin and type requirements of this Court pursuant to Local Rule 7.1.

                                             SEYFARTH SHAW LLP

                                             By: /s/ Shuman Sohrn
                                             Shuman Sohrn
                                             Georgia Bar No. 143104

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **EDGEFIELD HOLDINGS, LLC,** ) | |
| ) | **CIVIL ACTION** |
| PLAINTIFF, ) | |
| ) | **NO. 1:15-CV-02481-WSD** |
| vs. ) | |
| ) | |
| **ANNETTE MASON, individually and as** ) | |
| trustee, **JAMIE MASON HAMIL,** ) | |
| **K. W. MASON COMPANY, INC.,** ) | |
| **LONE PINE, INC., MASON CAPITAL,** ) | |
| **LLC,** and **THE MASON FAMILY** ) | |
| **TRUST,** ) | |
| ) | |
| DEFENDANTS. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day, September 23, 2015, served a copy of the foregoing document on the following counsel of record (a) using the CM/ECF system which will automatically send email notification of such filing, and (b) via e-mail:

Roy Barnes
Barnes Law Group, LLC
31 Atlanta Street
Marietta, GA 30060
Roy@barneslawgroup.com

Gerald Davidson, Jr.
Mahaffey Pickens Tucker, LLP
1550 North Brown Road
Suite 125
Lawrenceville, GA 30043
gdavidson@mptlawfirm.com

20969819v.1

| | |
|---|---|
| James Cameron Tribble<br>Barnes Law Group, LLC<br>31 Atlanta Street<br>Marietta, GA 30060<br>ctribble@barneslawgroup.com | Kenneth W. Stroud<br>Mahaffey Pickens Tucker, LLP<br>1550 North Brown Road<br>Suite 125<br>Lawrenceville, GA 30043<br>kstroud@mptlawfirm.com |

/s/ Shuman Sohrn
Shuman Sohrn
Georgia Bar No. 143104
SEYFARTH SHAW LLP
1075 Peachtree Street, Suite 2500
Atlanta, Georgia 30309
Tel: (404) 885-1500
Fax: (404) 892-7056
E-mail: ssohrn@seyfarth.com

*Attorneys for Edgefield Holdings, LLC*

7