## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **EDGEFIELD HOLDINGS, LLC,** ) | |
| ) | **CIVIL ACTION** |
| **PLAINTIFF,** ) | |
| ) | **NO. 1:15-CV-02481-WSD** |
| vs. ) | |
| ) | |
| **ANNETTE MASON, individually and as** ) | |
| **trustee, JAMIE MASON HAMIL,** ) | |
| **K. W. MASON COMPANY, INC.,** ) | |
| **LONE PINE, INC., MASON CAPITAL,** ) | |
| **LLC, THE MASON FAMILY** ) | |
| **TRUST, WAYNE H. MASON, KEITH** ) | |
| **W. MASON, MFC HOLDINGS, LLC,** ) | |
| **MASCAP HOLDINGS, LLC,** ) | |
| **DETENTION MANAGEMENT, LLC,** ) | |
| **MOORE ROAD, LLC, FOUR K** ) | |
| **ENTERPRISES, INC., MASON** ) | |
| **FAMILY MANAGEMENT COMPANY,** ) | |
| **LLC, ADCA, LLC, DAVID G. HANNA,** ) | |
| **KIMBERLY HANNA, KRISTY** ) | |
| **ENGLISH, and SHELLY KACZYNSKI** ) | |
| ) | |
| **DEFENDANTS.** ) | |
| _____ ) | |

## **RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY**

This is to certify pursuant to Local Rule 5.4, that on October 26, 2015, the following discovery documents were served on all counsel of record by email and by hand delivery:

21768449v.1

1. Plaintiff Edgefield Holdings, LLC's First Request for Production of Documents to Defendant Wayne H. Mason;

2. Plaintiff Edgefield Holdings, LLC's First Request for Production of Documents to Defendant Keith Mason;

3. Plaintiff Edgefield Holdings, LLC's First Request for Production of Documents to Defendant MFC Holdings, LLC;

4. Plaintiff Edgefield Holdings, LLC's First Request for Production of Documents to Defendant Mascap Holdings, LLC;

5. Plaintiff Edgefield Holdings, LLC's First Request for Production of Documents to Defendant Detention Management, LLC;

6. Plaintiff Edgefield Holdings, LLC's First Request for Production of Documents to Defendant Moore Road, LLC;

7. Plaintiff Edgefield Holdings, LLC's First Request for Production of Documents to Defendant Four K Enterprises, Inc.;

8. Plaintiff Edgefield Holdings, LLC's First Request for Production of Documents to Defendant Mason Family Management Company, LLC;

9. Plaintiff Edgefield Holdings, LLC's First Request for Production of Documents to Defendant ADCA, LLC;

10. Plaintiff Edgefield Holdings, LLC's First Request for Production of Documents to Defendant David Hanna;

11. Plaintiff Edgefield Holdings, LLC's First Request for Production of Documents to Defendant Kimberly Hanna;

12. Plaintiff Edgefield Holdings, LLC's First Request for Production of Documents to Defendant Kristy English;

13. Plaintiff Edgefield Holdings, LLC's First Request for Production of Documents to Defendant Shelly Kaczynski;

14. Plaintiff Edgefield Holdings, LLC's First Interrogatories to Defendant Wayne H. Mason;

15.	Plaintiff Edgefield Holdings, LLC's First Interrogatories to Defendant Keith Mason;

16.	Plaintiff Edgefield Holdings, LLC's First Interrogatories to Defendant MFC Holdings, LLC;

17.	Plaintiff Edgefield Holdings, LLC's First Interrogatories to Defendant Mascap Holdings, LLC;

18.	Plaintiff Edgefield Holdings, LLC's First Interrogatories to Defendant Detention Management, LLC;

19.	Plaintiff Edgefield Holdings, LLC's First Interrogatories to Defendant Moore Road, LLC;

20.	Plaintiff Edgefield Holdings, LLC's First Interrogatories to Defendant Four K Enterprises, Inc.;

21.	Plaintiff Edgefield Holdings, LLC's First Interrogatories to Defendant Mason Family Management Company, LLC;

22.	Plaintiff Edgefield Holdings, LLC's First Interrogatories to Defendant ADCA, LLC;

23.	Plaintiff Edgefield Holdings, LLC's First Interrogatories to Defendant David Hanna;

24.	Plaintiff Edgefield Holdings, LLC's First Interrogatories to Defendant Kimberly Hanna;

25.	Plaintiff Edgefield Holdings, LLC's First Interrogatories to Defendant Kristy English;

26.	Plaintiff Edgefield Holdings, LLC's First Interrogatories to Defendant Shelly Kaczynski.

Respectfully submitted, this 26th day of October, 2015.

    /s/ Eric Barton
Shuman Sohrn
Georgia Bar No. 143104
Eric Barton
Georgia Bar No. 040704
SEYFARTH SHAW LLP
1075 Peachtree Street, Suite 2500
Atlanta, Georgia 30309
Tel: (404) 885-1500
Fax: (404) 892-7056
E-mail: ssohrn@seyfarth.com

Attorneys for Edgefield Holdings, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EDGEFIELD HOLDINGS, LLC, | CIVIL ACTION |
| PLAINTIFF, | |
| | NO. 1:15-CV-02481-WSD |
| vs. | |
| ANNETTE MASON, individually and as trustee, JAMIE MASON HAMIL, K. W. MASON COMPANY, INC., LONE PINE, INC., MASON CAPITAL, LLC, THE MASON FAMILY TRUST, WAYNE H. MASON, KEITH W. MASON, MFC HOLDINGS, LLC, MASCAP HOLDINGS, LLC, DETENTION MANAGEMENT, LLC, MOORE ROAD, LLC, FOUR K ENTERPRISES, INC., MASON FAMILY MANAGEMENT COMPANY, LLC, ADCA, LLC, DAVID G. HANNA, KIMBERLY HANNA, KRISTY ENGLISH, and SHELLY KACZYNSKI | |
| DEFENDANTS. | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day, October 26th, 2015, electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which automatically will send notification of such filing to the following counsel of record:

21768449v.1

Roy Barnes
James Cameron Tribble
Barnes Law Group, LLC
31 Atlanta Street
Marietta, GA 30060
Roy@barneslawgroup.com

Everette Doffermyre
Jonathan Palmer
Doffermyre Shields Canfield & Knowles, LLC
1355 Peachtree Street, NE, Suite 1900
Atlanta, Georgia 30309
edoffermyre@dsckd.com
jpalmer@dsckd.com

Kevin Quirk
Quirk & Quirk, LLC
6000 Lake Forrest Drive, NW
Suite 300, Century Springs West
Atlanta, Georgia 30328
kq@quirklaw.com

Gerald Davidson, Jr.
Kenneth W. Stroud
Mahaffey Pickens Tucker, LLP
1550 North Brown Road, Suite 125
Lawrenceville, GA 30043
gdavidson@mptlawfirm.com

John A. Christy
Scott D. McAlpine
Shcreeder, Wheeler & Flint, LLP
1100 Peachtree Street, NE
Suite 800
Atlanta, Georgia 30309
jchristy@swfllp.com
smcalpine@swfllp.com

                                                */s/* Eric Barton
Eric Barton
Georgia Bar No. 040704
SEYFARTH SHAW LLP
1075 Peachtree Street, Suite 2500
Atlanta, Georgia 30309
Tel: (404) 885-1500
Fax: (404) 892-7056
E-mail: ssohrn@seyfarth.com
*Attorneys for Edgefield Holdings, LLC*