# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

EDGEFIELD HOLDINGS, LLC,

        Plaintiff,

v.

ANNETTE MASON, et al.

        Defendants.

1:15-cv-2481-WSD

## OPINION AND ORDER

This matter is before the Court on Plaintiff Edgefield Holdings, LLC's ("Plaintiff") Motion to Extend Discovery Schedule [118] ("Motion"). On July 27, 2015, the Court entered the Preliminary Scheduling Order Regarding Discovery [27] (the "Order"), in which it set a November 16, 2015 deadline to complete discovery. On October 9, 2015, Plaintiff filed its Motion, seeking to modify and extend certain deadlines contained in the Order. On October 23, 2015, Defendants filed their Response [140].

On October 27, 2015, Defendants sent an email to the Court, in which they indicated the parties agreed to an extension of discovery through and including February 1, 2016, for the purpose of completing depositions. Defendants included a proposed stipulated order to that effect. Defendants also indicated that the only

issue on which the parties disagree is whether the discovery period extension will permit the parties to continue written discovery, and, if so, on what terms.

Having considered the Motion, and finding good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff Edgefield Holdings, LLC's Motion to Extend Discovery Schedule [118] is **GRANTED IN PART**. The Court's Preliminary Scheduling Order Regarding Discovery [27] (the "Order") is hereby modified such that the discovery period for fact discovery is extended through and including February 1, 2016 for the purposes of completing depositions. The discovery period for conducting written discovery is extended through and including December 15, 2015. The following expert witness-related deadlines are modified as follows:

    a)    On or before December 15, 2015, Plaintiff shall identify and disclose to all other parties any and all experts they intend to use for expert report(s) and/or testimony at the Preliminary Injunction Hearing (as defined in the Order);

    b)    On or before December 22, 2015, Defendants shall identify and disclose to all other parties any and all experts they intend to use for

expert report(s) and/or testimony at the Preliminary Injunction Hearing.

c)  On or before February 22, 2016 (three weeks after the close of fact discovery), all parties shall serve on all other parties any expert reports with respect to Plaintiff's request for preliminary injunction; and

d)  All depositions of any experts to be called at the Preliminary Injunction Hearing shall be completed on or before March 7, 2016 (five weeks after the close of fact discovery).

**SO ORDERED** this 4th day of November, 2015.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE